# United States District Court
## for the
## Eastern District of New York

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Christopher Dowd**  Case Number <u>CR-01-367 (FB)</u>

Name of Sentencing Judicial Officer: <u>**The Honorable Frederic Block, U.S. District Judge**</u>



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 31 2005 ★
BROOKLYN OFFICE

Date of Original Sentence: <u>**April 4, 2002**</u>

Original Offense: <u>**Felon in Possession of a Firearm, 18 U.S.C. 922(g), a class D felony**</u>

Original Sentence: <u>**36 months custody, 3 years supervised release and a $100 special assessment fee. Special Conditions for firearms prohibition, drug treatment and warrant-less search and seizure were also imposed. Additionally, on September 7, 2004 and November 3, 2004, the defendant's conditions were modified to include 180 days home confinement.**</u>

Type of Supervision: <u>**Supervised Release**</u>   Date Supervision Commenced: <u>**April 30, 2004**</u>

Assistant U.S. Attorney: <u>**Steven H. Breslow, Esq.**</u>   Defense Attorney: <u>**Mildred M. Whalen, Esq.**</u>

---

### PETITIONING THE COURT

☒  To issue a warrant to be lodged as a detainer.

☐  To issue a summons

The Probation Officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Criminal Sale of a Controlled Substance, 2nd degree |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
    ☒ Revoked
    ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

**The Probation Department respectfully recommends that the defendant's term of supervision be revoked and that he be sentenced within the guideline range, to be served consecutively to any sentence imposed in the state court.**

Respectfully submitted:

by
_____ 4/26/05
Harry R. Collins
U.S. Probation Officer

Approved by:
_____
George V. Doerrbecker
Deputy Chief U.S. Probation Officer
Date: April 26, 2005

THE COURT ORDERS:
☐ No Action
☒ The Issuance of a Warrant to be lodged as a detainer.
☐ The Issuance of a Summons.
☐ Other

Signed by J. Block on 5/12/05